# Court of Appeals
# of the State of Georgia

ATLANTA,  December 15, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0037. NELSON v. RAY.**

On November 29, 2023, the Superior Court of Fannin County entered a final order in Eric Jason Ray's case against Misty Lord Nelson. Nelson has filed an emergency motion seeking an extension of time to file a discretionary application. Said motion is hereby GRANTED; Nelson shall have until January 29, 2024 to file a discretionary application. See OCGA §§ 5-6-39 (a) (5), (d); Court of Appeals Rules 16 (c), 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,*  12/15/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*